B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beyer, Jeffrey H.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Beyer, Megan M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0001** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0560** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1501 Robinhood Lane**<br>**La Grange Park, IL**<br>ZIP Code **60526** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1501 Robinhood Lane**<br>**La Grange Park, IL**<br>ZIP Code **60526** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7              ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                  of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**                                                THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Beyer, Jeffrey H.**<br>**Beyer, Megan M.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Beyer, Jeffrey H.**<br>**Beyer, Megan M.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X  /s/ Jeffrey H. Beyer**<br>Signature of Debtor  **Jeffrey H. Beyer**<br><br>**X  /s/ Megan M. Beyer**<br>Signature of Joint Debtor  **Megan M. Beyer**<br><br>Telephone Number (If not represented by attorney)<br><br>**November 16, 2012**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X  /s/ Joel A. Schechter**<br>Signature of Attorney for Debtor(s)<br><br>**Joel A. Schechter 3122099**<br>Printed Name of Attorney for Debtor(s)<br><br>**Law Offices of Joel A. Schechter**<br>Firm Name<br><br>**53 West Jackson Blvd**<br>**Suite 1522**<br>**Chicago, IL 60604**<br><br>Address<br><br>**Email: joelschechter@covad.net**<br>**312-332-0267  Fax: 312-939-4714**<br>Telephone Number<br><br>**November 16, 2012**<br>Date<br><br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jeffrey H. Beyer**
        **Megan M. Beyer**                                        Case No.
                        Debtor(s)                                 Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Jeffrey H. Beyer**
                         **Jeffrey H. Beyer**

Date: **November 16, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jeffrey H. Beyer**
**Megan M. Beyer**
Debtor(s)

Case No.
Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                                  Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Megan M. Beyer**
                           **Megan M. Beyer**

Date:  **November 16, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                                                                 Best Case Bankruptcy

1501 South Circle, LLC
1501 S. Circle
Forest Park, IL 60130


535 Walker Street Partners, LLC
1525 S. Circle
Forest Park, IL 60130


American Credit Bureau
2755 S. Federal Highway
Boynton Beach, FL 33435


Bonterra Incorporated
c/o Daniel C. McCabe
1100 W. Washington Blvd., 1st Floor
Chicago, IL 60607


Bradley Schoch
c/o Williams Bax Saltzman P.C.
221 N. LaSalle St., Suite 3700
Chicago, IL 60601


Bullet Proof Industries Enterprises
1501 S. Circle
Forest Park, IL 60130


Bullet Proof Industries Enterprises
c/o Gould & Ratner
222 N. LaSalle St., Suite 800
Chicago, IL 60601


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0281


Capital One
P.O. Box 85520
Richmond, VA 23285

CBA Collection Bureau
25954 Eden Landing
Hayward, CA 94541


Cellcrete Decks
1879 N. Neltnor Blvd
#110
West Chicago, IL 60185


Cellcrete Decks, a div. of J.L. Jon
c/o Edgerton & Edgerton
125 Wood St.-P.O. Box 218
West Chicago, IL 60186-0218


Chase
Cardmember Service
P. O. Box 15298
Wilmington, DE 19850-5298


Chase
Cardmember Service
PO BOX 15153
Wilmington, DE 19886-5153


Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase Bank USA, N.A.
P.O. Box 15153
Wilmington, DE 19886-5153


Chris Seda
420 N. Gray Street
Hinsdale, IL 60521


Chris Seda
203 N. Adams Street
Hinsdale, IL 60521


Chris Seda
203 N. Adams St.
Hinsdale, IL 60521

```
Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197-6111


Cybor Fire Protection
c/o Samuel Adam Smith
639 S. Washington St.
Naperville, IL 60540


Cybor Fire Protection Company
5123 Thatcher Road
Downers Grove, IL 60515


Daniel F. Rank
c/o Goldstine Skrodzki, et al.
835 McClintock Drive, 2nd Floor
Willowbrook, IL 60527


Dependon Collection
P.O. Box 4833
Oak Brook, IL 60522


Derby Concrete, Inc.
c/o Edward P. Graham
1112 S. Washington St., Suite 212
Naperville, IL 60540


Eli J. Schultz
631 S. East Avenue
Oak Park, IL 60304


ER Solutions
P.O. Box 9004
800 SW 39th Street
Renton, WA 98057


FFCC-Columbus Inc
1550 Old Henderson Road
Columbus, OH 43220


First Chicago Bank & Trust
c/o Wolin Kelter & Rosen, LTD.
55 W. Monroe St., Ste. 3600
Chicago, IL 60603
```

Forest Park National Bank
c/o Letvin & Stein
541 North Fairbanks Ct., Suite 2121
Chicago, IL 60611


Forest Park National Bank & Trust
7348 W. Madison St.
Forest Park, IL 60130


Frank Paxton Lumber Company
5701 West 66th Street
Chicago, IL 60638


Frank Paxton Lumber Company LLC
c/o Teller Levit & Silvertrust, P.C
11 East Adams St., Suite 800
Chicago, IL 60603


Frederick H. Wehrenberg
c/o Golstine, Skordzki, et al.
835 McClintock Drive, 2nd Floor
Willowbrook, IL 60527


GE Capital Retail Bank
Attn: Bankruptcy Dept
P.O. Box 103104
Roswell, GA 30076


GECRB/jcp
P.o. Box 960090
Orlando, FL 32896-0090


Gregory C. Beyer
3508 Woodside
Brookfield, IL 60513


Hillside Lumber, Inc.
c/o Linda Sokol Francis
3439 Grand Blvd.
Brookfield, IL 60513


Hoppy's Landscaping, Inc.
c/o Chitkowski Law Offices
801 Warrenville Road, Suite 620
Lisle, IL 60532

```
Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447


Internal Revenue Service
Dept. of the Treasury
Cincinnati, OH 45999-0030


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126,M/S N781
Philadelphia, PA 19114


Joel R. Nathan
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, IL 60604


Jordan B. Rifis, P.C.
1034 Pleasant St., P.O. Box 3637
Oak Park, IL 60302


Kaplan Papadakis & Gournis P.C.
180 N. LaSalle Street, Suite 2108
Chicago, IL 60601


Katherine A. Werner
Goldstine, Skrodzki, et al.
835 McClintock Drive, 2nd Floor
Willowbrook, IL 60527


Kevin S. Dougherty Insurance Agency
1000 Jorie Blvd, Suite 109
Oak Brook, IL 60523


Kohl's
Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983


Kohl's
P. O. Box 3043
Milwaukee, WI 53201-3043
```

```
Locke & Uchitelle
7411 W. Lake Street
River Forest, IL 60305-1886


Locke & Uchitelle, P.C.
c/o American Credit Bureau, Inc.
P.O. Box 4545
Boynton Beach, FL 33424


McFadden & Dillon
120 South LaSalle
Suite 1335
Chicago, IL 60603


Michael D. Fine
Chase Bank USA, N.A.
131 South Dearborn St., 5th Floor
Chicago, IL 60603


Michelle & Jerry Udelson
c/o Ancel Glink Diamond Bush
140 South Dearborn St., Suite 600
Chicago, IL 60603


Midland Funding LLC
c/o Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Mitchell Moulding Co.
1501 S. Circle
Forest Park, IL 60130


Nationwide Credit
815 Commerce Drive
Suite 100
Oak Brook, IL 60523


Nicor
P. O. Box 0632
Naperville, IL 60563


Nicor Gas
P. O. Box 310
Aurora, IL 60507-0310
```

```
Pasquale Torres
c/o Vernon E. Morgan
712 Florsheim Drive, Suite 13
Libertyville, IL 60048


PNC Mortgage, a division of PNC Ban
c/o Pierce & Associates
1 N. Dearborn Street
Chicago, IL 60602


PNC Mortgage, a division of PNC Ban
3232 Newmark Drive
Miamisburg, OH 45342


Robert Lannon
c/o Burke Wise Morrissey & Kaveny
161 N. Clark St., Suite 3250
Chicago, IL 60601


Roth & Zucker, MD SC
246 E. Janata Blvd
Suite 130
Lombard, IL 60148


Schoch Associates, Inc.
c/o Williams Bax Saltzman P.C.
221 N. LaSalle St., Suite 3700
Chicago, IL 60601


Star Moulding & Trim
Bill Newton
3001 Division Street
Metairie, LA 70002


Star Moulding & Trim Company
c/o Steven D. Gertler
415 N. LaSalle St, Suite 402
Chicago, IL 60654


Steven Kirsch
c/o Edward P. Graham
1112 S. Washington St., Suite 212
Naperville, IL 60540
```

```
Target National Bank/Visa
P. O. Box 673
Minneapolis, MN 55440


Thomas Tulipano
1005 Walter Street
Lemont, IL 60439


Turn of the Century Builders, Inc.
1501 S. Circle
Forest Park, IL 60130


Village of  North Riverside
9815 W. Lawrence Ave.
Schiller Park, IL 60176


Village of Lemont
Lemont Village Hall
418 Main Street
Lemont, IL 60439


Village of North Riverside
2401 S. Des Plaines Avenue
Riverside, IL 60546-1584


Virginia Title Company
c/o Teller Levit & Silvertrust
11 East Adams, 8th Floor
Chicago, IL 60603
```